THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Michael O. Williams, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2011-UP-551
Submitted November 1, 2011  Filed
 December 9, 2011   

AFFIRMED

 
 
 
Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Mark Farthing, and Solicitor Daniel E. Johnson, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael O. Williams was convicted of voluntary
 manslaughter and use of a firearm during the commission of a violent crime. 
 Williams appeals, arguing the trial court erred in admitting his statement,
 which was obtained in violation of Miranda v. Arizona, 384 U.S. 436
 (1966).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In order for
 an issue to be preserved for appellate review, it must have been raised to and
 ruled upon by the trial judge."); State v. Forrester, 343 S.C. 637,
 642, 541 S.E.2d 837, 840 (2001) (stating a motion in limine to exclude
 evidence prior to trial will not preserve an issue for appellate review without
 a contemporaneous objection when the evidence is introduced).
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.